# FLYNN & ASSOCIATES, LLC

July 18, 2019

**LABINSKI V. TOWNSHIP OF MANTUA ET AL.**
**DOCKET : 1:19- cv-14356-JBS-JS**

The Honorable Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Camden Vicinage
1 John Gerry Plaza
4th and Cooper Streets
Camden, NJ 08101

Dear Judge Schneider:

Undersigned counsel represents the Plaintiff in the above captioned matter. We are sending this transmittal to request an adjournment of the presently scheduled Case Management Conference on July 31, 2019 at 3: 30 p. m. because our offices will be closed for a prepaid vacation from July 19, 2019 through August 4, 2019. Since we are a family firm, our entire staff will be on vacation for this two week period.

I attempted to confer with Mr. Madden earlier today; advising his secretary and leaving a voice mail for Matthew.

Thank you for your professional courtesies in this and all other matters.

Respectfully submitted,

FLYNN & ASSOCIATES, LLC

By _____
Richard M. Flynn, Esquire

cc: Matthew Madden, Esquire

*At the request of plantiff → The initial conference scheduled on July 31, 2019 is rescheduled to August 14, 2019 at 10:00 a.m.*

So Ordered this 18th day of July, 20 19

JOEL SCHNEIDER, USMJ